UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 05-60189-CR-DIMITROULEAS

    Plaintiff,

vs.

AUDY FACEY,

    Defendant.
_____/

## **O R D E R**

THIS MATTER is before the Court upon the Defendant's pro sen March 12, 2008 letter requesting return of passport. [DE-137]. The Court has received a March 20, 2008 Response from the Government. [DE-139]. The Court agrees with the Government that Facey has shown no need for his cousin to have the passport, and the Bureau of Immigration and Customs Enforcement (ICE) has a need for it.

Wherefore, Defendant's Motion to Return Passport [DE-137] is Denied. However, ICE shall return the passport to Facey at the conclusion of any deportation or removal proceedings.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of March, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Joanne Fine, AUSA

Audy Facey, #56968-004
c/o Allenwood Low
P.O. Box 1000
White Dear, PA 17887-1000